UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| FISCHER, RAYMOND | ) | Case No. 09-26692-JPC |
| FISCHER, CYNTHIA | ) | |
| Debtor(s). | ) | Hon. JACQUELINE P. COX |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At: UNITED STATES BANKRUPTCY COURT, 219 SOUTH DEARBORN, COURTROOM 619, CHICAGO, IL 60604

   On: **Thursday, July 22, 2010** Time: **9:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

   | | |
   |---|---|
   | Receipts | $6,001.17 |
   | Disbursements | $0.00 |
   | Net Cash Available for Distribution | $6,001.17 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| PHILIP V. MARTINO<br>*Trustee Compensation* | $0.00 | $1,350.12 | $0.00 |

| | | | |
|---|---|---|---|
| DLA PIPER US LLP  *Attorney for Trustee* | $0.00 | $789.00 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| | | | |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.0000% .

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7. Claims of general unsecured creditors totaling $56,509.54 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 6.8300% .

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Chase Bank USA, N.A. | $24,903.15 | $1,701.96 |
| 000002 | Chase Bank USA, N.A. | $5,023.94 | $343.35 |
| 000003 | Chase Bank USA, N.A. | $22,763.39 | $1,555.73 |
| 000004 | FIA Card Services, Na/Bank Of America | $3,819.06 | $261.01 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the CLERK OF THE COURT, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee

applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor(s) have been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| 1021 Marengo, Forest Park, IL  60130 | $180,000.00 |
| UNIMPROVED LAND | $6,000.00 |
| CHECKING ACCOUNT | $500.00 |
| HOUSEHOLD GOODS | $2,500.00 |
| BOOKS | $50.00 |
| LIFE INSURANCE | $7,500.00 |
| AUTOMOBILE | $15,000.00 |
| ANIMALS | $500.00 |

Dated: June 21, 2010

For the Court,

By: _____
CLERK OF THE COURT

Trustee:   Philip V. Martino
Address:   203 North Lasalle Street
           Suite 1800
           Chicago, IL  60601
Phone No.: (312) 368-2165

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                                    §
                                          §
FISCHER, RAYMOND                          §        Case No. 09-26692
FISCHER, CYNTHIA                          §
                                          §
             Debtor(s)                    §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter 7 of the United States Bankruptcy Code on 07/23/2009 . The undersigned trustee was appointed on 07/23/2009 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 6,001.02 |
| Funds were disbursed in the following amounts: | | |
| Administrative expenses | | 0.00 |
| Payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 6,001.02 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (9/1/2009) (Page: 1)

     6. The deadline for filing claims in this case was 01/11/2010 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,350.10 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,350.10 , for a total compensation of $ 1,350.10 . In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 .

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/19/2010        By:/s/PHILIP V. MARTINO
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Page: 1
Exhibit A

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No.: 09-26692   JPC   Judge: JACQUELINE P. COX
Case Name: FISCHER, RAYMOND
FISCHER, CYNTHIA
For Period Ending: 05/18/10

Trustee Name: PHILIP V. MARTINO
Date Filed (f) or Converted (c): 07/23/09 (f)
341(a) Meeting Date: 09/02/09
Claims Bar Date: 01/11/10

| 1<br>Asset Description<br>(Scheduled and Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=554(a) Abandon<br>DA=554(c) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| 1. 1021 Marengo, Forest Park, IL 60130 | 180,000.00 | 0.00 | DA | 0.00 | FA |
| 2. UNIMPROVED LAND | 6,000.00 | 6,000.00 | | 6,000.00 | FA |
| Etta Avenue, Lot 35, Galena, MO | | | | | |
| 3. UNIMPROVED LAND | 6,000.00 | 0.00 | DA | 0.00 | FA |
| Liberty Bank/Etta Avenue, Parcel 36, Galena, MO | | | | | |
| 4. CHECKING ACCOUNT | 500.00 | 0.00 | DA | 0.00 | FA |
| 5. HOUSEHOLD GOODS | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 6. BOOKS | 50.00 | 0.00 | DA | 0.00 | FA |
| 7. FURS AND JEWELRY | 200.00 | 0.00 | | 0.00 | FA |
| Earrings, watch, costume jewelry, wedding bands | | | | | |
| 8. LIFE INSURANCE | 7,500.00 | 0.00 | DA | 0.00 | FA |
| 9. AUTOMOBILE | 15,000.00 | 0.00 | DA | 0.00 | FA |
| 10. ANIMALS | 500.00 | 0.00 | DA | 0.00 | FA |
| Horses | | | | | |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.02 | Unknown |
| TOTALS (Excluding Unknown Values) | $218,250.00 | $6,000.00 | | $6,001.02 | $0.00<br>(Total Dollar Amount in Column 6) |

Gross Value of Remaining Assets

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/01/10     Current Projected Date of Final Report (TFR): 06/01/10

LFORM1       UST Form 101-7-TFR (9/1/2009) (Page: 3)

Ver: 15.08

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 09-26692 -JPC | Trustee Name: | PHILIP V. MARTINO |
| --- | --- | --- | --- |
| Case Name: | FISCHER, RAYMOND / FISCHER, CYNTHIA | Bank Name: | BANK OF AMERICA, N.A. |
| Taxpayer ID No: | ******0237 | Account Number / CD #: | ******0438 BofA - Money Market Account |
| For Period Ending: | 05/19/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/30/09 | 2 | Raymond A. Fischer<br>Cynthia A. Fischer<br>1021 Marengo Avenue<br>Forest Park, IL 60130 | Missouri Property | 1110-000 | 6,000.00 | | 6,000.00 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.13 | | 6,000.13 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.15 | | 6,000.28 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.15 | | 6,000.43 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.14 | | 6,000.57 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.14 | | 6,000.71 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.16 | | 6,000.87 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.15 | | 6,001.02 |
| | | | COLUMN TOTALS | | 6,001.02 | 0.00 | 6,001.02 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 6,001.02 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 6,001.02 | 0.00 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| TOTAL - ALL ACCOUNTS | 6,001.02 | 0.00 | 6,001.02 |
| BofA - Money Market Account - ******0438 | 6,001.02 | 0.00 | 6,001.02 |
|  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    6,001.02    0.00

Ver: 15.08

LFORM24    UST Form 101-7-TFR (9/1/2009) (Page: 4)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-26692
Case Name: FISCHER, RAYMOND
FISCHER, CYNTHIA
Trustee Name: PHILIP V. MARTINO

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| _____ | $ _____ |
| _____ | $ _____ |
| _____ | $ _____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Trustee: PHILIP V. MARTINO | $ 1,350.10 | $ 0.00 |
| Attorney for trustee: DLA PIPER US LLP | $ 789.00 | $ 0.00 |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |
| Fees: | $ | $ |
| Other: | $ | $ |
| Other: | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| *Attorney for debtor:* | _____ | $_____ | $_____ |
| *Attorney for:* | _____ | $_____ | $_____ |
| *Accountant for:* | _____ | $_____ | $_____ |
| *Appraiser for:* | _____ | $_____ | $_____ |
| *Other:* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 56,509.54 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.8 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| *000001* | *Chase Bank USA, N.A.* | $ 24,903.15 | $ 1,701.91 |
| *000002* | *Chase Bank USA, N.A.* | $ 5,023.94 | $ 343.34 |
| *000003* | *Chase Bank USA, N.A.* | $ 22,763.39 | $ 1,555.67 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000004 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 3,819.06 | $ 261.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

UST Form 101-7-TFR (9/1/2009) *(Page: 8)*

       The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

UST Form 101-7-TFR (9/1/2009) *(Page: 9)*