JACQUELINE P. COX
**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
CHICAGO **DIVISION**

| In re: | § | |
|---|---|---|
| | § | |
| FISCHER, RAYMOND | § | Case No. 09-26692 |
| FISCHER, CYNTHIA | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

PHILIP V. MARTINO, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 212,050.00 | Assets Exempt: 0.00 |
| Total Distributions to Claimants: 3,862.32 | Claims Discharged Without Payment: 82,716.22 |
| Total Expenses of Administration: 2,139.10 | |

3) Total gross receipts of $ 6,001.42  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 6,001.42  from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (9/1/2009) *(Page: 1)*

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 2,139.10 | 2,139.10 | 2,139.10 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 59,943.00 | 56,509.54 | 56,509.54 | 3,862.32 |
| **TOTAL DISBURSEMENTS** | $ 59,943.00 | $ 58,648.64 | $ 58,648.64 | $ 6,001.42 |

4) This case was originally filed under chapter 7 on 07/23/2009 . The case was pending for 14 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/21/2010          By:/s/PHILIP V. MARTINO
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| UNIMPROVED LAND | 1110-000 | 6,000.00 |
| Post-Petition Interest Deposits | 1270-000 | 1.42 |
| **TOTAL GROSS RECEIPTS** | | **$ 6,001.42** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Fifth Third Bank, Attn. Bankruptcy Center Fifth Third Center Cincinnati, OH 45263 | | 0.00 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Liberty Bank, Attn: Bankruptcy Dept. P.O. Box 14350 Springfield, MO 65814 | | 0.00 | NA | NA | 0.00 |
| Washington Mutual Bank, Attn, Bkr. Dept. 2990 S. Babcock Street Melbourne, FL 32901 | | 0.00 | NA | NA | 0.00 |
| Washington Mutual Home 324 W. Evans Street Florence, SC 29501 | | 0.00 | NA | NA | 0.00 |
| TOTAL SECURED CLAIMS | | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILIP V. MARTINO | 2100-000 | NA | 1,350.10 | 1,350.10 | 1,350.10 |
| DLA PIPER US LLP | 3210-000 | NA | 789.00 | 789.00 | 789.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 2,139.10 | $ 2,139.10 | $ 2,139.10 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

UST Form 101-7-TDR (9/1/2009) *(Page: 4)*

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Capital One, Attn: Bankruptcy Department P.O. Box 85520 Richmond, VA 23285 | | 9,465.00 | NA | NA | 0.00 |
| Catherine/TAPE REPORT 1103 Allen Drive Milford, OH 45150 | | 19.00 | NA | NA | 0.00 |

UST Form 101-7-TDR (9/1/2009) *(Page: 5)*

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| WFNNB/The Avenue, Attn: Bankruptcy Dept. P.O. Box 2974 Shawnee Mission, KS 66201 | | 53.00 | NA | NA | 0.00 |
| Washington Mutual/Providian Attn: Bankruptcy Department P.O. Box 9180 Pleasonton, CA 94566 | | 20,532.00 | NA | NA | 0.00 |
| CHASE BANK USA, N.A. | 7100-000 | NA | 22,763.39 | 22,763.39 | 1,555.83 |
| CHASE BANK USA, N.A. | 7100-000 | 4,389.00 | 5,023.94 | 5,023.94 | 343.38 |
| CHASE BANK USA, N.A. | 7100-000 | 22,175.00 | 24,903.15 | 24,903.15 | 1,702.08 |
| FIA CARD SERVICES, NA/BANK OF AMERI | 7100-000 | 3,310.00 | 3,819.06 | 3,819.06 | 261.03 |
| TOTAL GENERAL UNSECURED CLAIMS | | $ 59,943.00 | $ 56,509.54 | $ 56,509.54 | $ 3,862.32 |

Page: 1
Exhibit 8

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No:      09-26692    JPC    Judge: JACQUELINE P. COX            Trustee Name:                PHILIP V. MARTINO
Case Name:    FISCHER, RAYMOND                                        Date Filed (f) or Converted (c):  07/23/09 (f)
              FISCHER, CYNTHIA                                        341(a) Meeting Date:         09/02/09
For Period Ending: 09/21/10                                           Claims Bar Date:             01/11/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1021 Marengo, Forest Park, IL 60130 | 180,000.00 | 0.00 | DA | 0.00 | FA |
| 2. UNIMPROVED LAND Etta Avenue, Lot 35, Galena, MO | 6,000.00 | 6,000.00 | | 6,000.00 | FA |
| 3. UNIMPROVED LAND Liberty Bank/Etta Avenue, Parcel 36, Galena, MO | 6,000.00 | 0.00 | DA | 0.00 | FA |
| 4. CHECKING ACCOUNT | 500.00 | 0.00 | DA | 0.00 | FA |
| 5. HOUSEHOLD GOODS | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 6. BOOKS | 50.00 | 0.00 | DA | 0.00 | FA |
| 7. FURS AND JEWELRY Earrings, watch, costume jewelry, wedding bands | 200.00 | 0.00 | | 0.00 | |
| 8. LIFE INSURANCE | 7,500.00 | 0.00 | DA | 0.00 | FA |
| 9. AUTOMOBILE | 15,000.00 | 0.00 | DA | 0.00 | FA |
| 10. ANIMALS Horses | 500.00 | 0.00 | DA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.42 | Unknown |
| TOTALS (Excluding Unknown Values) | $218,250.00 | $6,000.00 | | $6,001.42 | $0.00 |

Gross Value of Remaining Assets
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/01/10    Current Projected Date of Final Report (TFR): 07/01/10

LFORM1    UST Form 101-7-TDR (9/1/2009) (Page: 7)

Ver: 15.20

Page: 1
Exhibit 9

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 09-26692 -JPC
Case Name: FISCHER, RAYMOND
FISCHER, CYNTHIA
Taxpayer ID No: *******0237
For Period Ending: 09/21/10

Trustee Name: PHILIP V. MARTINO
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: ******0438  BofA - Money Market Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/30/09 | 2 | Raymond A. Fischer<br>Cynthia A. Fischer<br>1021 Marengo Avenue<br>Forest Park, IL  60130 | Missouri Property | 1110-000 | 6,000.00 | | 6,000.00 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.13 | | 6,000.13 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 6,000.28 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 6,000.43 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.14 | | 6,000.57 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.14 | | 6,000.71 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.16 | | 6,000.87 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 6,001.02 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 6,001.17 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 6,001.32 |
| 07/22/10 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.10 | | 6,001.42 |
| 07/22/10 | | Transfer to Acct #*******0519 | Final Posting Transfer | 9999-000 | | 6,001.42 | 0.00 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | 6,001.42 | 6,001.42 |
| Less: Bank Transfers/CD's | 0.00 | 6,001.42 |
| Subtotal | 6,001.42 | 0.00 |
| Less: Payments to Debtors | | 0.00 |
| Net | 6,001.42 | 0.00 |

Page Subtotals  6,001.42  6,001.42

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit 9

| Case No: | 09-26692 -JPC |
| --- | --- |
| Case Name: | FISCHER, RAYMOND |
|  | FISCHER, CYNTHIA |
| Taxpayer ID No: | *******0237 |
| For Period Ending: | 09/21/10 |

| Trustee Name: | PHILIP V. MARTINO |
| --- | --- |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | ******0519 BofA - Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/22/10 |  | Transfer from Acct #********0438 | Transfer In From MMA Account | 9999-000 | 6,001.42 |  | 6,001.42 |
| 07/22/10 | 003001 | PHILIP V. MARTINO<br>203 NORTH LASALLE STREET<br>SUITE 1800<br>CHICAGO, IL 60601 | Chapter 7 Compensation/Fees | 2100-000 |  | 1,350.10 | 4,651.32 |
| 07/22/10 | 003002 | DLA PIPER US LLP | FINAL FEES AND COSTS | 3210-000 |  | 789.00 | 3,862.32 |
| 07/22/10 | 003003 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000001, Payment 6.83480% | 7100-000 |  | 1,702.08 | 2,160.24 |
| 07/22/10 | 003004 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000002, Payment 6.83487% | 7100-000 |  | 343.38 | 1,816.86 |
| 07/22/10 | 003005 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000003, Payment 6.83479% | 7100-000 |  | 1,555.83 | 261.03 |
| 07/22/10 | 003006 | FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000004, Payment 6.83493% | 7100-000 |  | 261.03 | 0.00 |

```
                            COLUMN TOTALS                      6,001.42       6,001.42
                              Less: Bank Transfers/CDs         6,001.42           0.00
                            Subtotal                               0.00       6,001.42
                              Less: Payments to Debtors            0.00           0.00
                            Net                                    0.00       6,001.42
```

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| TOTAL - ALL ACCOUNTS |  |  |  |
| BofA - Money Market Account - ********0438 | 0.00 | 0.00 | 0.00 |
| BofA - Checking Account - ********0519 | 6,001.42 | 6,001.42 | 0.00 |
| Page Subtotals | 6,001.42 | 6,001.42 |  |

LFORM24  UST Form 101-7-TDR (9/1/2009) *(Page: 9)*

Ver: 15.20

Page: 3
Exhibit 9

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 09-26692 -JPC
Case Name: FISCHER, RAYMOND
FISCHER, CYNTHIA
Taxpayer ID No: *******0237
For Period Ending: 09/21/10

Trustee Name: PHILIP V. MARTINO
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******0519 BofA - Checking Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | | | 0.00 |
| | | | | | 6,001.42 | 6,001.42 | |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | |

| | | | |
|---|---|---|---|
| Page Subtotals | 0.00 | 0.00 | |
| | | Total Funds On Hand | |

Ver: 15.20